**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ALLSTATE INSURANCE COMPANY**                      **PLAINTIFF**

**VERSUS**                                  **CAUSE NO. 1:05cv182-LG-RHW**

**THURMAN WILLIAMS and
JOHN A. SCHAFFER**                                    **DEFENDANTS**

## DEFAULT JUDGMENT

      This action came on Motion of the Plaintiff, Allstate Insurance Company, for default judgment pursuant to Miss. R. Civ. P. 55. The Court finds that more than thirty days have elapsed since the Defendant, John A. Schaffer, was duly served with the Complaint and Summons in this matter; and not being an infant or unrepresented or incompetent person, Defendant John A. Schaffer has failed to plead or otherwise defend; and default having been duly entered by the Clerk on April 24, 2006, and the Defendant John A. Schaffer, having taken no proceeding since such default was entered, is therefore in Default in this cause. Further, the Court, having been presented with Affidavit proof as to the facts of this case, finds that this cause of action does not seek damages, but rather, a declaratory judgment of the coverage afforded to the Co-Defendant, Thurman Williams, under his homeowners and umbrella policies. It is hereby,

      ORDERED and ADJUDGED that Defendant, John A. Schaffer, is in default, and that he shall be bound by any final order in this cause.

      **SO ORDERED AND ADJUDGED** this the 25th day of May, 2006.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  UNITED STATES DISTRICT JUDGE